EILEEN M. DECKER
United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
Jean M. Turk CA State Bar No.: 131517
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415)977-8935; Fax: (415) 744-0134
E-mail: jean.turk@ssa.gov

Attorneys for Defendant
NANCY A. BERRYHILL

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISCTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RENEE HECKERMAN<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYMAN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant.[1] | No. CV 16-CV-00840 E<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d) |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: 2/27/17

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE